IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
WICHITA FALLS DIVISION

UNITED STATES OF AMERICA

v.

No. 7:25-CR-028-O

COLTEN WAYNE LACKEY (01)

## FACTUAL RESUME

I. <u>Plea</u>: Defendant is pleading guilty to Count Two of the Indictment, which charges Possession of Child Pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

II. <u>Penalties</u>: The maximum penalties the Court can impose include:

   a. imprisonment for a period for not less than ten (10) years and not more than twenty (20) years for Count Two

   b. a fine not to exceed $250,000, or twice the pecuniary gain or twice the pecuniary loss to any victim, or both a fine and imprisonment;

   c. a term of supervised release of at least five (5) years up to any term of years to life. Revocation of the term of supervised release could result in an additional period of confinement. The effect of a revocation of a term of supervised release is to make the overall period of incarceration longer;

   d. a mandatory special assessment of $100;

   e. a second mandatory special assessment of $5,000 per count, unless the Court finds the defendant to be indigent, must also be imposed pursuant to 18 U.S.C. § 3014;

   f. an assessment of no more than $17,000 for Count Two;

   g. restitution of not less than $3,000 per victim, which is mandatory under the law, and which the defendant agrees may include restitution arising from all relevant conduct, not limited to the offense of conviction alone;

   h. forfeiture of property; and

      i. costs of incarceration and supervision.

III. <u>Essential Elements of the Offense</u>: To establish the offense alleged in Count Two of the Indictment, the government must prove the following elements beyond a reasonable doubt:

    <u>First</u>: That the defendant knowingly possessed an item that contains an image of child pornography, as alleged in the Indictment; and

    <u>Second</u>: That the material was mailed, shipped or transported in and affecting interstate or foreign commerce by any means, including by a computer; and

    <u>Third:</u> That when the defendant possessed the material, the defendant knew the items were child pornography.

IV. <u>Stipulated Facts</u>:

On or about September 8, 2020, the defendant was convicted of Possession of Child Pornography, a violation of Texas Penal Code Section 43.26, in Cause No. CR19-1165 in the 43rd Judicial District of Parker County, Texas. The defendant was sentenced to six years in the Texas Department of Corrections. On or about March 19, 2025, the defendant, Colten Wayne Lackey attended a parole meeting at the Wichita Falls District Parole Office in the Wichita Falls division of the Northern District of Texas. Prior to entering the parole office, Lackey was observed concealing a phone in his jacket pocket and leaving it in the vehicle.

Lackey was arrested at the conclusion of his parole meeting and the phone concealed in his jacket was turned over to his parole officer who viewed the contents on the phone pursuant to his authority as his parole officer. The parole officer observed numerous images and video of prepubescent children engaged in sexual conduct stored

on the device and contacted Texas Department of Public Safety (DPS) who applied for a search warrant for the defendant's phone.

Pursuant to the search warrant, the DPS agent accessed the defendant's phone including the Telegram application. The agent observed numerous communications between the defendant and other Telegram users trading videos of child pornography. A full forensic analysis of the defendant's phone, revealed over 150 unique video files and 200 unique image files depicting child pornography. Included in that total are videos and images depicting infant/toddler, bondage, bestiality and violent content, and the visual depictions referenced in the indictment. Lackey possessed a cellular phone, the application Telegram, and used the Internet, a means and facility of interstate and foreign commerce, to communicate and transfer images and videos of child pornography.

SIGNED on this 30th day of December, 2025

_____  
COLTEN WAYNE LACKEY  
Defendant

_____  
JOHN NICHOLSON  
Attorney for Defendant